IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOHAN WEBB,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MATTHEW FRANKEN, Investigator, Lincoln Police Dept, Individual and Official capacity; and CAPITOL TOWING, Owner Unknown By Name, Individual and Official capacity;<br><br>　　　　　　Defendants. | 4:22CV3146<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1. Pursuant to the Court's prior Memorandum and Order, Filing No. 9, this case is dismissed without prejudice due to Plaintiff's failure to either file a new request for leave to proceed in forma pauperis or pay the Court's $402.00 filing and administrative fees by the deadline set forth in the Court's order; and

2. Judgment shall be entered by separate document.

Dated this 20th day of October, 2022.

BY THE COURT:

*Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge